IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON HOBLEY,

      Plaintiff,                        No. CIV S-11-2359 EFB P

   vs.

A.R. KARELAS, et al.,

      Defendants.              ORDER

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On September 15, 2011, the court found that plaintiff had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a).  Plaintiff was granted thirty days in which to pay the filing fee or file an application to proceed *in forma pauperis* and was warned that failure to comply would result in this action being dismissed.

////

////

1   The 30-day period has expired and plaintiff has not paid the filing fee, filed a completed
2  *in forma pauperis* application, or otherwise responded to the court's order.
3   Accordingly, it is hereby ordered that this action is DISMISSED.
4  Dated: November 14, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2