IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON HOBLEY,

      Plaintiff,                           No. CIV S-11-2359 EFB P

     vs.

A.R. KARELAS, et al.,

      Defendants.                   <u>ORDER</u>

_____/

     This civil rights action was closed on November 15, 2011 after plaintiff failed to pay the filing fee or submit a completed in forma pauperis affidavit. Dckt. No. 6. On December 20, 2011, plaintiff filed a motion to proceed in forma pauperis. *See* Dckt. No. 9. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

     So ordered.

DATED: April 23, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE